UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ANDRE BARRY**,

    Plaintiff

v.                                                                      2:19-cv-510-JLB-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

---

## ORDER

Having obtained an award of benefits, Andre Barry requests a fee award pursuant to 42 U.S.C. § 406(b). (Doc. 47). Section 406(b) contemplates a reasonable fee award—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court. For the reasons stated in Barry's motion, the requested fee is reasonable.

Accordingly, the unopposed fee motion (Doc. 47) is **GRANTED**, and the clerk is directed to amend the judgment in favor of Barry to include a fee award of $19,295.50. The fee award is to be paid out of Barry's past-due benefits, subject to agency policy. If the withheld benefits in the Commissioner's possession are insufficient to satisfy the amount of fees determined reasonable by the court, then the attorney must look to the claimant to recover the difference.

**ORDERED** on February 24, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge